UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD DEAN ROBERTS,

    Plaintiff,

v.

LOUISIANA HOMES, et al

    Defendants.
_____/

CIVIL ACTION NO. 09-11066

DISTRICT JUDGE AVERN COHN

## ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AND MOTION TO AMEND DISCOVERY WITHOUT PREJUDICE

Before the Court are the plaintiff's Motion for Discovery (D/E 6) and Motion to Amend Discovery (D/E 8). To date the defendants have not been served with the complaint in this matter and thus motions have been filed prematurely. Therefore,

**IT IS HEREBY ORDERED** that the motions are **DENIED WITHOUT PREJUDICE**.

The motions may be renewed after a responsive pleading has been filed by the defendants.

Dated: April 15, 2009

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Harold Dean Roberts, Jr, 25225 Greenfield, Apartment 422, Southfield, MI 48237 on this date, April 15, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160